IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 5 2014

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

**ELIZABETH P. SIMPSON**                                    **PLAINTIFF**

v                          1:14 CV-100-JLH

**PORTFOLIO RECOVERY ASSOCIATES, LLC**              **DEFENDANT**

This case assigned to District Judge _Holmes_
and to Magistrate Judge _Ray_

## COMPLAINT

COMES NOW, Plaintiff, Elizabeth P. Simpson (Simpson), and for her Complaint against

Portfolio Recovery Associates, LLC (Portfolio) states:

## I.
## STATEMENT OF JURISDICTION

1.      Jurisdiction of this Court arises pursuant to 28 U.S.C. §1331 and 15 U.S.C.

§1692k(d).

2.      This action arises out of Defendant's violations of the Fair Debt Collection

Practices Act, 15 U.S.C. §1692, et seq.

3.      The actions alleged in this Complaint occurred within the State of Arkansas.

4.      Venue is proper pursuant to 28 U.S.C. §1391.

## II.

## PARTIES TO THE CLAIM

5.      Simpson is a resident of Newport, Jackson County, Arkansas, and is a "consumer" as defined by 15 U.S.C. §1692a(3), and/or "any person" as defined by 15 U.S.C. §1692d;

6.      At the time of the incident described further herein, Portfolio was a corporation duly authorized to conduct business in the State of Arkansas as a "debt collector /debt buyer," as that term is defined by 15 U.S.C. §1692a(6) and is registered and licensed with the Arkansas State Board of Collection Agencies, and attempting to collect a "debt," as defined in 15 U.S.C. §1692a(5).

7.      Portfolio is being served via its registered agent:

Corporation Service Company
300 Spring Building, Suite 900
300 S. Spring Street
Little Rock, AR  72201

## III.
## FACTUAL BACKGROUND

8.      Portfolio filed a lawsuit against Simpson in the District Court of Jackson County, Newport Division June 2, 2014 alleging a consumer debt.

9.      The lawsuit alleges Simpson defaulted on a credit card account obligation with the original creditor, HSBC Bank Nevada, N.A.

10.     Portfolio asserted it purchased and was assigned the account for good and valuable consideration.

11.     Attached to the Complaint was an Affidavit stating the original creditor as HSBC Bank Nevada, N.A./Orchard Bank.  Exhibit 1.  The Affidavit was the only attachment to the Complaint.

12.     On or about August 8, 2014, Portfolio filed an Amended Complaint.

13.     The Amended Complaint requests a principle amount of $1,074.21, all costs expended herein paid and for all other proper relief.  Exhibit 2.

14.     Attached to the Amended Complaint is an Assignment and Bill of Sale between HSBC Bank Nevada, N.A., HSBC Bank USA, N.A. (sellers) and Portfolio (purchaser) dated April 18, 2011.  Exhibit 3.

15.     Attached to the Amended Complaint is an Assignment and Bill of Sale between HSBC Receivables Acquisition Company I, HSBC Receivables Acquisition Corporation (USA) III, and HSBC Receivables Acquisition Corporation (USA) IV (sellers) and Portfolio (purchaser) dated April 18, 2011.  Exhibit 4.

16.     Attached to the Amended Complaint is a spreadsheet reflecting certain information regarding Simpson's account.  Exhibit 5.  The spreadsheet reflects a charge off amount of $816.86

17.     Attached to the Amended Complaint are several account statements regarding the Simpson account.  Exhibit 6.

18.     The account statements reflect Orchard Bank as the account issuer.

19.     The account statements reflect payment is to be made to HSBC Card Services.

20.     None of the Assignment and Bills of Sale attached to the Amended Complaint reflect Orchard Bank nor HSBC Card Services.

21.     Rule 10(d) of the Arkansas Rules of Civil Procedure states that "a copy of any written instrument or document upon which a claim or defense is based shall be attached as an exhibit to the pleading in which such claim or defense is averred unless good cause is shown for its absence in such pleading.

22.     The Amended Complaint fails to attach the written instrument upon which the

claim is based.

23.     The Amended Complaint states that Portfolio does not possess the written agreement.

24.     By claiming damages not authorized by contract, namely interest, costs and "all other proper relief", Portfolio is in violation of 15 U.S.C. §1692(f)(1).

25.     By filing a lawsuit without standing to do so, Portfolio is in violation of 15 U.S.C. §1692e(5).

26.     Portfolio commenced legal action against Simpson with insufficient evidence and no intention of further seeking evidence but merely relied on the very unsophisticated nature of consumers that Congress designed the FDCPA to protect.

27.     Portfolio admits in its Amended Complaint that it does not have in its possession the agreement upon which it bases its lawsuit in violation of Rule 10(d) of the Arkansas Rules of Civil Procedure.

28.     At the time it commenced the action against Simpson, Portfolio possessed insufficient evidence and intended not to further investigate in violation of 15 U.S.C. §1692(e)(5).

29.     The Amended Complaint characterizes the amount owed as the "principle amount". However, the attached spreadsheet reflects a principal amount of $816.86. The mischaracterization of the "principle amount" in the Amended Complaint falsely represents the character, amount or legal status of the debt in violation of 15 U.S.C. §1692(e)(2)(A).

30.     By not attaching a copy of the agreement upon which it bases its claim, in violation of Rule 10(d) of the Arkansas Rules of Civil Procedure, Portfolio is falsely representing the character, amount or legal status of the debt in violation of 15 U.S.C. §1692(e)(A)(2).

31.    By not attaching the written agreement upon which the claim is based, the debt is time barred by the three year statute of limitations pursuant to Arkansas Code Annotated §16-56-105.  The date of last activity on the account was February 11, 2010.  The initial lawsuit filed by Portfolio was dated June 2, 2014; more than three years after the accrual of the cause of action.

32.    By filing a lawsuit to collect a time-barred debt, Portfolio has taken action that cannot legally be taken in violation of 15 U.S.C. §1692(e)(5).

## IV.
## DAMAGES

33.    As a direct and proximate result of the occurrence made the basis of this lawsuit, Simpson is entitled to the following damages:

> i.   actual costs, expenses and attorney fees pursuant to 15 U.S.C §1692(k)(a)(3);
>
> ii.  statutory damages in the maximum amount of: $1,000.00 pursuant to 15 U.S.C. §1692(k)(a)(2)(A).

## V.
## JURY DEMAND

34.    Simpson demands a jury trial.

## VI.
## PRAYER

WHEREFORE, Simpson prays that:

1. Simpson be granted statutory damages pursuant to the FDCPA;

3. Simpson be granted costs and attorney fees.

Respectfully submitted,

**COOK LAW FIRM, P.A.**
8114 Cantrell Road, Suite 100
Little Rock, Arkansas  72227
Telephone: (501) 255-1500
Facsimile: (501) 255-1116

By _____

J.R. Andrews, AR Bar No. 92041
*Attorneys for Plaintiff*

IN THE DISTRICT COURT OF JACKSON COUNTY, ARKANSAS
NEWPORT DIVISION

PORTFOLIO RECOVERY ASSOCIATES, LLC                                    PLAINTIFF

V.                          CASE NO. CV-14-70

ELIZABETH P SIMPSON                                                 DEFENDANT

## COMPLAINT

Comes the Plaintiff and for its cause of action against the Defendant, states:

1. That the Plaintiff is a corporation authorized to bring this action under Ark. Code Ann. § 4-32-1008.

2. That the Defendant is a resident of Jackson County, Arkansas.

3. Jurisdiction and venue are proper in this Court.

4. That Defendant purchased certain items with extensions of credit obtained on his/her HSBC BANK NEVADA, N.A. account. This account was purchased by, and assigned to the Plaintiff for good and valuable consideration.

5. That the amount past due on said account, which has not been paid, and has been owed for a period of time is as follows, principle amount, $1,074.21, as set out in Plaintiff's Affidavit which is attached hereto and incorporated herein by reference.

6. That demand had been made for the payment of same, yet the balance remains unpaid.

WHEREFORE, Plaintiff prays for Judgment against Defendant in the amount of $ 1,074.21, for all costs herein paid and expanded, and for all other proper relief.

Allen & Withrow
Attorneys at Law
P.O. Box 17248
Little Rock, AR 72222

Lori Withrow (98069)

FILED
2014 JUN -2 PM 1:49
JACKSON COUNTY DISTRICT
COURT NEWPORT DIVISION



EXHIBIT
1

# AFFIDAVIT

State of Virginia
City of Norfolk ss.

I, the undersigned, _____ *Leonard Wolfe* _____, Custodian of Records, for Portfolio Recovery Associates, LLC hereby depose, affirm and state as follows:

1.    I am competent to testify to the matters contained herein.

2.    I am an authorized employee of Portfolio Recovery Associates, LLC, ("Account Assignee") which is doing business at Riverside Commerce Center, 120 Corporate Boulevard, Norfolk, Virginia, and I am authorized to make the statements, representations and averments herein, and do so based upon a review of the business records of the Original Creditor **HSBC BANK NEVADA, N.A./ORCHARD BANK** and those records transferred to Account Assignee from **HSBC BANK NEVADA, N.A.** ("Account Seller"), which have become a part of and have integrated into Account Assignee's business records, in the ordinary course of business.

3.    According to the business records, which are maintained in the ordinary course of business, the account, and all proceeds of the account are now owned by the Account Assignee, all of the Account Seller's interest in such account having been sold, assigned and transferred by the Account Seller on **4/25/2011**. Further, the Account Assignee has been assigned all of the Account Seller's power and authority to do and perform all acts necessary for the settlement, satisfaction, compromise, collection or adjustment of said account, and the Account Seller has retained no further interest in said account or the proceeds thereof, for any purpose whatsoever.

4.    According to the records transferred to the Account Assignee from Account Seller, and maintained in the ordinary course of business by the Account Assignee, there was due and payable from **ELIZABETH P SIMPSON** ("Debtor and Co-Debtor") to the Account Seller the sum of **$1,074.21** with the respect to account number ending in __ __as of the date of **10/30/2010** with there being no known un-credited payments, counterclaims or offsets against the said debt as of the date of the sale.

5.    According to the account records of said Account Assignee, after all known payments, counterclaims, and/or setoffs occurring subsequent to the date of sale, Account Assignee claims the sum of **$1,074.21** as due and owing as of the date of this affidavit.

6.    Plaintiff believes that the defendant is not a minor or an incompetent individual, and declares that the Defendant is not on active military service of the United States.

Portfolio Recovery Associates, LLC

By: _____ *Leonard Wolfe* _____, Custodian of Records

SANDRA A. WHITE
NOTARY PUBLIC
REGISTRATION # 7242619
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
SEPTEMBER 30, 2017

Subscribed and sworn to before me on __ MAR 2 7 2014 __

Notary Public



13-07692-0

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Received Time Jun. 24. 2014  2:18PM No. 0497



EXHIBIT
1

## IN THE DISTRICT COURT OF JACKSON COUNTY, ARKANSAS
### NEWPORT DIVISION

PORTFOLIO RECOVERY ASSOCIATES, LLC                                    PLAINTIFF

V.                                    CASE NO. CV-14-70

ELIZABETH P SIMPSON                                          DEFENDANT(S)

### AMENDED COMPLAINT

Comes the Plaintiff and for its cause of action against the Defendant, states:

1.  That the Plaintiff is a corporation authorized to bring this action under Ark Code Ann § 4-27-1501.

2.  That the Defendant(s) is/are a resident(s) of Jackson County, Arkansas.

3.  Jurisdiction and venue are proper in this Court.

4.  That Defendant purchased certain items with extensions of credit obtained on her HSBC Bank Nevada, N.A. account.  Plaintiff is not in possession of the cardmember agreement which governs the terms and conditions of the account which is the subject of this lawsuit, and therefore good cause exists for its absence.  Please see the Bill of Sale, Exhibit "A", statements, Exhibit "B" and copy of a payment, Exhibit "C".

5.  That the amount past due on said account, which has not been paid, and has been owed for a period of time is as follows, principle amount, $1,074.21, as set out in Plaintiff's Affidavit filed with its original Complaint which is attached hereto and incorporated herein by reference, Exhibit "D."

6.  That demand had been made for payment of same, yet the balance remains unpaid.

WHEREFORE, Plaintiff prays for Judgment against Defendant in the amount of $1,074.21, for all costs herein paid and expended and for all other proper relief.

Allen & Withrow
Attorneys at Law
PO Box 17248
Little Rock, AR 72222

Lori Withrow (98069)

EXHIBIT
2

### ASSIGNMENT AND BILL OF SALE

HSBC Bank Nevada, N.A. and HSBC Bank USA, N.A., (hereinafter called "Seller") has entered into a  Purchase and Sale Agreement as of February 7, 2011 ("Agreement") for the sale of Accounts and Account Documents described therein to Portfolio Recovery Associates, LLC, (hereinafter called "Purchaser"), upon the terms and conditions set forth in that Agreement.

NOW THEREFORE, for good and valuable consideration, Seller hereby sells, assigns, and transfers to Purchaser, its successors and assigns, all of Seller's rights, title, and interest in each and every one of the Accounts described in the Agreement and in Exhibit A attached hereto.

Purchaser and Seller agree that the Purchase Price shall be as stated in Paragraph 3 of the Agreement.

IN WITNESS WHEREOF, Seller has signed and delivered this instrument on the 18th day of April 2011.

HSBC Bank Nevada, N.A.
HSBC Bank USA, N.A.

Signed By: _____
By: Paul Stanborough
Title: Senior Vice President



EXHIBIT

3

ASSIGNMENT AND BILL OF SALE

HSBC Receivables Acquisition Company I , HSBC Receivables Acquisition Corporation (USA) III, and HSBC Receivables Acquisition Corporation (USA) IV (hereinafter collectively called "Seller") has entered into a Purchase and Sale Agreement as of February 7, 2011 ("Agreement") for the sale of Secondary Charged Off Receivables described in Paragraph 1 thereof to Portfolio Recovery Associates, LLC, (hereinafter called "Purchaser"), upon the terms and conditions set forth in that Agreement.

NOW THEREFORE, for good and valuable consideration, Seller hereby sells, assigns, and transfers to Purchaser, its successors and assigns, all of Seller's rights, title, and interest in each and every one of the Secondary Charged Off Receivables described in the Agreement and in Exhibit A attached hereto.

Purchaser and Seller agree that the Purchase Price shall be as stated in Paragraph 3 of the Agreement.

IN WITNESS WHEREOF, Seller has signed and delivered this instrument on the 18th day of April 2011.

HSBC Receivables Acquisition Company I, HSBC Receivables Acquisition Corporation (USA) III, and HSBC Receivables Acquisition Corporation (USA) IV

Signed By: _____
By: Paul Stanborough
Title: Senior Vice President



| Field | Value |
|---|---|
| ACCTNUM | |
| NAME1 | SIMPSON,ELIZABETH P |
| NAME2 | |
| ADDRESS1 | 410 JACKSON 90 |
| ADDRESS2 | |
| CITY | NEWPORT |
| STATE | AR |
| ZIP | 72112-8413 |
| SSN | 431081277 |
| HMPHONE1 | 0000000000 |
| WKPHONE1 | 0000000000 |
| HMPHONE2 | |
| WKPHONE2 | |
| LPA | 35.00 |
| LPD | 20100213 |
| OPENDATE | 20031006 |
| SSN2 | |
| LPURCH$ | 66.42 |
| LPURCHDT | 20090614 |
| BLK1 | Z |
| BLKDATE | 20101030 |
| BLK2 | I |
| USERCODE | TC |
| BALANCE | 1074.21 |
| CYCLE | 03 |
| LIABLE | |
| DEL AS OF | 20101004 |
| # DAYS DEL | 181 |
| DT 1ST DEL | 20100402 |
| PORTFOLIO | CORE |
| ENTITY | |
| C1DOB | |
| CHGOFF $ | 816.86 |
| LOANTYPE | DIRM |
| Column 34 | SUB |
| FILE | HCS2 |
| DebtorDOB | )0:00 AM |

Data printed by Portfolio Recovery Associates, LLC from electronic records
provided by HSBC BANK NEVADA, N.A. pursuant to the sale of accounts from HSBC BANK NEVADA, N.A.
to Portfolio Recovery Associates, LLC


EXHIBIT
S

# ORCHARD BANK®

ELIZABETH P SIMPSON - Valued Cardmember Since 2003

Page 1 of 2

| ACCOUNT SUMMARY | |
|---|---|
| ACCOUNT NUMBER | 5440-4550-0606-2312 |
| CASH CREDIT LIMIT † | $900 |
| CASH LIMIT AVAILABLE | $48 |
| TOTAL CREDIT LIMIT | $900 |
| TOTAL CREDIT LIMIT AVAILABLE | $48 |
| STATEMENT DATE | 02/03/10 |

† Cash Credit Limit is a portion of the Total Credit Limit

| PAYMENT SUMMARY | |
|---|---|
| MINIMUM PAYMENT* | $27.00 |
| PAYMENT DUE DATE | 02/28/10 |
| CURRENT PAYMENT DUE* | $27.00 |

* See About Your Payment on reverse for an explanation of these amounts.

| BALANCE SUMMARY | | |
|---|---|---|
| PREVIOUS BALANCE | | $860.30 |
| PAYMENTS/CREDITS | - | $30.00 |
| PURCHASES/DEBITS | + | $7.10 |
| LATE PAYMENT CHARGE | + | $0.00 |
| MISC. FINANCE CHARGE | + | $0.00 |
| FINANCE CHARGE | + | $14.46 |
| NEW BALANCE | = | $851.86 |

## TRANSACTION SUMMARY
(For additional transaction detail go to www.orchardbank.com)

| TRANS DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | CREDITS |
|---|---|---|---|---|---|
| 01/19 | 01/19 | PAYMENT - THANK YOU | 3011910A051670381281001 | | -$30.00 |
| 02/03 | 02/03 | ACCOUNTSECURE PLUS 800-690-1532 | | $7.10 | |

## PERIODIC FINANCE CHARGE SUMMARY
This is a grace account. Grace period information on back.

| | Balance Subject To Finance Charge Average Daily Balance | Daily Periodic Rate | Days in Billing Cycle | Finance Charges At Periodic Rate | NOMINAL ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|
| PURCHASES | $851.86 | 0.05477%(v) | 31 | $14.46 | 19.99%(v) |
| CASH ADVANCES | $0.00 | 0.07943%(v) | 31 | $0.00 | 28.99%(v) |
| ANNUAL PERCENTAGE RATE** | 19.990% | | | | |

**May be higher then Nominal Percentage Rate if statement includes misc. finance charges.
(V) indicates variable rate

✓ **MAIL PAYMENTS TO:**
HSBC CARD SERVICES
PO BOX 5222
CAROL STREAM IL 60197-5222

☎ **QUESTIONS?**
24-HOUR AUTOMATED ACCOUNT INFORMATION
ENGLISH 1-503-293-4037
ESPAÑOL 1-503-293-4834
🖥 Manage your account online at:
www.orchardbank.com

✉ **MAIL INQUIRIES TO:**
HSBC CARD SERVICES
PO BOX 80084
SALINAS CA 93912-0084

110201 5  03  0000000508  G   STMT07  D 7          00050588          ODS1

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check

| Account Number | 5440-4550-0606-2312 |
|---|---|
| | Payment Due Date   02/28/10 |
| New Balance   $851.86 | Current Payment Due   $27.00 |

Include account number on check to HSBC CARD SERVICES. Do not send cash. Send payment 7 to 10 days prior to the Payment Due Date to ensure timely delivery.

Amount Enclosed

#BWNHYTS
#328006062314#
ELIZABETH P SIMPSON
410 JACKSON 90
NEWPORT AR  72112-8413

HSBC CARD SERVICES
PO BOX 5222
CAROL STREAM  IL  60197-5222



EXHIBIT 6

5440455006062312000027000008518

ORCHARD BANK®

ELIZABETH P SIMPSON - Valued Cardmember Since 2003

Page 2 of 2

| IMPORTANT INFORMATION |
|---|
| TDD/Hearing Impaired: 1-800-655-9392. |

\*\*\*\*\*\*\*\*\*\*CARDMEMBER NEWS\*\*\*\*\*\*\*\*\*\*

FIRST MONTH FREE! NETZERO INTERNET ACCESS–Then Plans As Low As $9.95/month! CALL 1-866-NetZero and Mention promo code A34477 OR go to www.866NetZero.com/AE49S8 NO credit card required. Great Features: Easy Online Sign-up Process. Spam and Email Virus Protection. Nationwide, Reliable Access. Toll-Free Service Available. NETZERO INTERNET ACCESS.

✓ **MAIL PAYMENTS TO:**
HSBC CARD SERVICES
PO BOX 5222
CAROL STREAM IL 60197-5222

☎ **QUESTIONS?**
24-HOUR AUTOMATED ACCOUNT INFORMATION
ENGLISH 1-503-293-4037
ESPAÑOL 1-503-293-4894
🖳 Manage your account online at:
www.orchardbank.com

✉ **MAIL INQUIRIES TO:**
HSBC CARD SERVICES
PO BOX 60084
SALINAS CA 93912-0084

110201 5  03  0000000508  G    STMT07  D 7                          00050588                    ODS1

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT. To Assure Proper Credit Please Write Your Account Number On Your Check

# ORCHARD BANK®

MasterCard

ELIZABETH P SIMPSON

Orchard Bank MasterCard Account Statement
Account Number 5440-4550-0606-2312
From March 3, 2010 to April 2, 2010

Page 1 of 2

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $836.62 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $25.00 |
| Fees Charged | + | $37.40 |
| Interest Charged | + | $13.96 |
| New Balance | | $887.98 |
| Credit Limit | | $900.00 |
| Credit Available | | $0.00 |
| Statement Closing Date | | April 2, 2010 |
| Days in Billing Cycle | | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $887.98 |
| Minimum Payment Due | $52.00 |
| Payment Due Date | April 28, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 8 Years | $1,701 |
| $33 | 3 Years | $1,188 (Savings = $513 ) |

If you would like information about credit counseling services call
1-866-569-2227.

## Questions?

| | |
|---|---|
| 24-Hour Automated Account Information | 1-503-293-4037 |
| Español | 1-503-293-4834 |
| Lost or Stolen Card | 1-800-366-7817 |
| Outside USA Collect | 1-503-245-9280 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5222, Carol Stream, IL 60197-5222
**Billing Inquiries:** HSBC Card Services, PO Box 80084, Salinas, CA 93912-0084
Manage Your account online at www.orchardbank.com

## Important Information

Notwithstanding the 'Annual Percentage Rate' disclosure on the reverse, if your Account has a variable rate, the prime rate used in the calculation of the variable APR is the U.S. Prime Rate published in the Money Rates table of The Wall Street Journal that is in effect on the last day of the month ("Prime Rate"). If the Prime Rate changes, the new APRs will take effect on the first day of your billing cycle beginning in the next month.

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

YOUR ACCOUNT IS NOW PAST DUE. PLEASE CALL TODAY TO MAKE YOUR PAYMENT OVER THE PHONE. CALL US AT 800-434-4954.

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|

### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|
| 03/28/10 | 03/28/10 | LATE CHARGE ASSESSMENT | | 100000050800009998652240 | $30.00 |
| 04/02/10 | 04/02/10 | ACCOUNTSECURE PLUS 800-690-1532 | | | $7.40 |
| | | Total Fees For This Period | | | $37.40 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $13.96 |

Detach and return bottom portion with your payment.   110201 5 A 03  0000000508  G   STMT07  D 7 115408 ODS1          See reverse side for important information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Account Number: | 5440-4550-0606-2312 |
| New Balance | $887.98 |
| Minimum Payment Due | $52.00 |
| Payment Due Date | 04/28/2010 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

110   AMOUNT
ENCLOSED

#BWNHYTS
#328006062314#
ELIZABETH P SIMPSON
410 JACKSON 90
NEWPORT AR 72112-8413

HSBC CARD SERVICES
PO BOX 5222
CAROL STREAM IL 60197-5222

5440455006062312000005200000887989

ORCHARD BANK®



ELIZABETH P SIMPSON

Orchard Bank MasterCard Account Statement
Account Number 5440-4550-0606-2312
From March 3, 2010 to April 2, 2010

Page 2 of 2

| | |
|---|---|
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $13.96 |

### 2010 Totals Year to Date

| | |
|---|---|
| Total fees charged in 2010 | $44.37 |
| Total interest charged in 2010 | $26.75 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10002 | 19.99% (v) | $849.31 | $13.96 |
| CASH ADVANCES 20002 | 28.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 19.99% (v) | $0.00 | $0.00 |

*v=Variable Rate*

### Customer News

To learn about services we offer to protect your account at times of need, visit www.personalaccountprotection.com to enroll today.

# ORCHARD BANK®

Orchard Bank MasterCard Account Statement
Account Number 5440-4550-0606-2312

ELIZABETH P SIMPSON                                   Page 1 of 2            From April 2, 2010 to May 3, 2010

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $887.98 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | + | $52.00 |
| **Fees Charged** | + | **$37.84** |
| **Interest Charged** | + | **$16.30** |
| New Balance | | $941.12 |
| | | |
| Credit Limit | | $900.00 |
| Credit Available | | $0.00 |
| Statement Closing Date | | May 3, 2010 |
| Days in Billing Cycle | | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $941.12 |
| Minimum Payment Due | $80.00 |
| Payment Due Date | May 28, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 9 Years | $1,797 |
| $35 | 3 Years | $1,259 (Savings = $538 ) |

If you would like information about credit counseling services call 1-866-569-2227.

## Questions?

| | |
|---|---|
| 24-Hour Automated Account Information | 1-503-293-4037 |
| Español | 1-503-293-4834 |
| Lost or Stolen Card | 1-800-366-7817 |
| Outside USA Collect | 1-503-245-9280 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5222, Carol Stream, IL 60197-5222
**Billing Inquiries:** HSBC Card Services, PO Box 80084, Salinas, CA 93912-0084
Manage Your account online at www.orchardbank.com

## NOTICE OF CHANGES TO YOUR INTEREST RATE

You have triggered the Penalty APR of 29.99%. This APR will vary with the market based on the Prime Rate. This change will impact your account as follows:

<u>Transactions made on or after 05/23/2010 :</u>   As of 07/03/2010 , the Penalty APR will apply to these transactions. We may keep the APR at this level indefinitely.

<u>Transactions made before 05/23/2010 :</u>   Current rates will continue to apply to these transactions. However, if you become more than 60 days late on your account, the Penalty APR will apply to those transactions as well.

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

YOUR ACCOUNT IS NOW PAST DUE. PLEASE CALL TODAY TO MAKE YOUR PAYMENT OVER THE PHONE. CALL US AT 800-434-4954.

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|

### Fees

| Trans Date | Post Date | Description of Fees | | Reference Number | Amount |
|---|---|---|---|---|---|
| 04/28/10 | 04/28/10 | LATE CHARGE ASSESSMENT | | 100000508000099689650 | $30.00 |
| 05/03/10 | 05/03/10 | ACCOUNTSECURE PLUS 800-690-1532 | | | $7.84 |
| | | **Total Fees For This Period** | | | **$37.84** |

Detach and return bottom portion with your payment.      110201 5 A 03  0000000508  G   STMT07  D 7  52278 ODS3                  See reverse side for important information

| | |
|---|---|
| Account Number: | 5440-4550-0606-2312 |
| New Balance | $941.12 |
| Minimum Payment Due | $80.00 |
| Payment Due Date | 05/28/2010 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

110

AMOUNT
ENCLOSED

#BWNHYTS#
#3280060623314#
ELIZABETH P SIMPSON
410 JACKSON 90
NEWPORT AR 72112-8413

HSBC CARD SERVICES
PO BOX 5222
CAROL STREAM IL 60197-5222

5440455006062312000080000009411126

ORCHARD BANK*

ELIZABETH P SIMPSON

Page 2 of 2

Orchard Bank MasterCard Account Statement
Account Number 5440-4550-0606-2312
From April 2, 2010 to May 3, 2010

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $15.30 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $15.30 |

### 2010 Totals Year to Date

| | |
|---|---|
| Total fees charged in 2010 | $82.21 |
| Total interest charged in 2010 | $42.05 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10002 | 19.99% (v) | $901.13 | $15.30 |
| CASH ADVANCES 20002 | 28.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 19.99% (v) | $0.00 | $0.00 |

v=Variable Rate

### Customer News

To learn about services we offer to protect your account at times of need, visit www.personalaccountprotection.com to enroll today.

### Customer News

Online Account Access lets you take control of your Account anytime, anywhere. Registration is easy, secure and waiting for you at go.orchardbank.com.

1102015 A 03 0000000508 G   STMT07 D 7 52278 ODSI

# ORCHARD BANK®



Orchard Bank MasterCard Account Statement
Account Number 5440-4550-0606-2312

ELIZABETH P SIMPSON                Page 1 of 2            From May 3, 2010 to June 3, 2010

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $941.12 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $80.00 |
| Fees Charged | + | $38.29 |
| Interest Charged | + | $16.23 |
| New Balance | | $995.64 |
| | | |
| Credit Limit | | $900.00 |
| Credit Available | | $0.00 |
| Statement Closing Date | | June 3, 2010 |
| Days in Billing Cycle | | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $995.64 |
| Minimum Payment Due | $110.00 |
| Payment Due Date | June 28, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 10 Years | $2,522 |
| $42 | 3 Years | $1,521 (Savings = $1,001 ) |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Automated Account Information | 1-503-293-4037 |
| Español | 1-503-293-4834 |
| Lost or Stolen Card | 1-800-366-7817 |
| Outside USA Collect | 1-503-245-9280 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5222, Carol Stream, IL 60197-5222
**Billing Inquiries:** HSBC Card Services, PO Box 80084, Salinas, CA 93912-0084
**Manage Your account online at www.orchardbank.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

Your account is over the credit limit. Please pay your total due of $125.64, which includes any additional over the credit limit amount and your Minimum Payment Due, minus any Past Due amount.

YOUR ACCOUNT IS NOW PAST DUE. PLEASE CALL TODAY TO MAKE YOUR PAYMENT OVER THE PHONE. CALL US AT 800-434-4954.

## Transactions

### Purchases/Debits

| Trans Date | Post Date | Description of Transaction or Credit | Purchase Type | Reference Number | Amount |
|---|---|---|---|---|---|

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 05/28/10 | 05/28/10 | LATE CHARGE ASSESSMENT | 1000000508000099502210 | $30.00 |
| 06/03/10 | 06/03/10 | ACCOUNTSECURE PLUS 800-690-1532 | | $8.29 |
| | | Total Fees For This Period | | $38.29 |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $16.23 |

---

Detach and return bottom portion with your payment.     110201 5 A 03  0000000508  G   STMT07  D 7 52350 ODS1          See reverse side for important information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Account Number: | 5440-4550-0606-2312 |
| New Balance | $995.64 |
| Minimum Payment Due | $110.00 |
| Payment Due Date | 06/28/2010 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

110        AMOUNT
           ENCLOSED

#BWNHYTS
#328006062314#
ELIZABETH P SIMPSON
410 JACKSON 90
NEWPORT AR 72112-8413

HSBC CARD SERVICES
PO BOX 5222
CAROL STREAM IL 60197-5222

5440455006062312000110000000995648

# ORCHARD BANK®



Orchard Bank MasterCard Account Statement
Account Number 5440-4550-0606-2312
From May 3, 2010 to June 3, 2010

ELIZABETH P SIMPSON                    Page 2 of 2

| | |
|---|---|
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $16.23 |

| 2010 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2010 | $120.50 |
| Total interest charged in 2010 | $58.28 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10002 | 19.99% (v) | $948.89 | $16.11 |
| PURCHASES 10002 | 19.99% (v) | $6.79 | $0.12 |
| CASH ADVANCES 20002 | 28.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 19.99% (v) | $0.00 | $0.00 |

v=Variable Rate

## Customer News

Online Account Access lets you take control of your Account anytime, anywhere. Registration is easy, secure and waiting for you at go.orchardbank.com.

# ORCHARD BANK

MasterCard

ELIZABETH P SIMPSON

Orchard Bank MasterCard Account Statement
Account Number 5440-4550-0606-2312
From June 3, 2010 to July 2, 2010

Page 1 of 2

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $995.64 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $110.00 |
| Fees Charged | + | $8.50 |
| Interest Charged | + | $15.94 |
| New Balance | | $1,020.08 |
| | | |
| Credit Limit | | $900.00 |
| Credit Available | | $0.00 |
| Cash Limit † | | $900.00 |
| Cash Available | | $0.00 |
| Statement Closing Date | | July 2, 2010 |
| Days in Billing Cycle | | 29 |

†Cash Limit is a portion of Total Credit Limit.

## Payment Information

| | |
|---|---|
| New Balance | $1,020.08 |
| Minimum Payment Due | $140.00 |
| Payment Due Date | July 28, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 10 Years | $2,091 |
| $38 | 3 Years | $1,370 (Savings = $721 ) |

If you would like information about credit counseling services call 1-866-569-2227.

## Questions?

| | |
|---|---|
| 24-Hour Automated Account Information | 1-503-293-4037 |
| Español | 1-503-293-4834 |
| Lost or Stolen Card | 1-800-366-7817 |
| Outside USA Collect | 1-503-245-9280 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5222, Carol Stream, IL 60197-5222
**Billing Inquiries:** HSBC Card Services, PO Box 80084, Salinas, CA 93912-0084
**Manage Your account online at www.orchardbank.com**

## Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

Your account is over the credit limit. Please pay your total due of $150.08, which includes any additional over the credit limit amount and your Minimum Payment Due, minus any Past Due amount.

Your AccountSecure® protection has been suspended due to the past due status of your account. Your benefits may be eligible for reinstatement once the status of your account meets the eligibility requirements outlined in the enrollment information.

YOUR ACCOUNT IS NOW PAST DUE. PLEASE CALL TODAY TO MAKE YOUR PAYMENT OVER THE PHONE. CALL US AT 800-434-4954.

## Transactions

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|
| 07/02/10 | 07/02/10 | ACCOUNTSECURE PLUS 800-690-1532 | | $8.50 |
| | | **Total Fees For This Period** | | **$8.50** |

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $15.94 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | **$15.94** |

---

Detach and return bottom portion with your payment.    110201 5 A 03  0000000508  G    STMT07  D 7 106421 ODS1    See reverse side for important information

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Account Number: | 5440-4550-0606-2312 |
| New Balance | $1,020.08 |
| Minimum Payment Due | $140.00 |
| Payment Due Date | 07/28/2010 |

Include account number on check to HSBC Card Services.  Do not send cash.  Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

110    AMOUNT ENCLOSED

#BWNHYTS#
#32B006062314#
ELIZABETH P SIMPSON
410 JACKSON 90
NEWPORT AR 72112-8413

HSBC CARD SERVICES
PO BOX 5222
CAROL STREAM IL 60197-5222

5440455006062312000140000010200 88

# ORCHARD BANK®



Orchard Bank MasterCard Account Statement
Account Number 5440-4550-0606-2312
From June 3, 2010 to July 2, 2010

ELIZABETH P SIMPSON                     Page 2 of 2

| 2010 Totals Year to Date | |
| --- | --- |
| Total fees charged in 2010 | $129.00 |
| Total interest charged in 2010 | $74.22 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| PURCHASES 10002 | 19.99% (v) | $972.71 | $15.45 |
| PURCHASES 10002 | 19.99% (v) | $30.60 | $0.49 |
| CASH ADVANCES 20002 | 28.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 19.99% (v) | $0.00 | $0.00 |

*v=Variable Rate*

## Customer News

ENJOY 8 WEEKS OF USA TODAY FOR ONLY $19.95. Only $0.50 a day! Plus, enjoy USA TODAY in a whole new way. Local sales tax when applicable will be applied to your order. To find out more, visit www.usatodaysubscribe.com/ut286 or call 1-800-USATODAY and ask for offer 286. Offer expires July 30, 2010.

## Customer News

Online Account Access lets you take control of your Account anytime, anywhere. Registration is easy, secure and waiting for you at go.orchardbank.com.

110201 5 A 03  0000000508  G    STM707  D 7 106421 ODS1

ORCHARD BANK®



Orchard Bank MasterCard Account Statement
Account Number 5440-4550-0606-2312
From July 2, 2010 to August 3, 2010

ELIZABETH P SIMPSON                                    Page 1 of 2

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,020.08 |
| Payments | - $0.00 |
| Other Credits | - $0.00 |
| Purchases/Debits | + $0.00 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Past Due Amount | $140.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $18.31 |
| New Balance | $1,038.39 |
| Credit Limit | $900.00 |
| Credit Available | $0.00 |
| Cash Limit † | $900.00 |
| Cash Available | $0.00 |
| Statement Closing Date | August 3, 2010 |
| Days in Billing Cycle | 32 |
| †Cash Limit is a portion of Total Credit Limit. | |

### Payment Information

| | |
|---|---|
| New Balance | $1,038.39 |
| Minimum Payment Due | $172.00 |
| Payment Due Date | August 28, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 10 Years | $2,084 |
| $39 | 3 Years | $1,395 (Savings = $689) |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Automated Account Information | 1-503-293-4037 |
| Español | 1-503-293-4834 |
| Lost or Stolen Card | 1-800-366-7817 |
| Outside USA Collect | 1-503-245-9280 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5222, Carol Stream, IL 60197-5222
**Billing inquiries:** HSBC Card Services, PO Box 80084, Salinas, CA 93912-0084
**Manage Your account online at www.orchardbank.com**

### Important Information

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

YOUR ACCOUNT IS NOW PAST DUE. PLEASE CALL TODAY TO MAKE YOUR PAYMENT OVER THE PHONE. CALL US AT 800-434-4954.

### Transactions

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $18.31 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | **$18.31** |

### 2010 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2010 | $129.00 |
| Total interest charged in 2010 | $92.53 |

Detach and return bottom portion with your payment.          110201 5 A 03  0000000508 -G    STMT07 D 7 50178 ODSI          See reverse side for important information

----------------------------------------------------------------

| | |
|---|---|
| Account Number: | 5440-4550-0606-2312 |
| New Balance | $1,038.39 |
| Minimum Payment Due | $172.00 |
| Payment Due Date | 08/28/2010 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

AMOUNT
ENCLOSED

110

#BWNHYTS#
#328006062314#
ELIZABETH P SIMPSON
410 JACKSON 90
NEWPORT AR 72112-8413

HSBC CARD SERVICES
PO BOX 5222
CAROL STREAM IL 60197-5222

5440455006062312000172000001038398

# ORCHARD BANK®



## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10002 | 19.99% (v) | $997.40 | $17.48 |
| PURCHASES 10002 | 29.99% (v) | $31.52 | $0.83 |
| CASH ADVANCES 20002 | 29.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 29.99% (v) | $0.00 | $0.00 |

*v=Variable Rate*

## Important Notices

Online Account Access lets you take control of your Account anytime, anywhere. Registration is easy, secure and waiting for you at go.orchardbank.com.

110201 5 A 03  0000000508  G  STMT07  D 7 50178 ODS1

ORCHARD BANK®



Orchard Bank MasterCard Account Statement
Account Number 5440-4550-0606-2312
From August 3, 2010 to September 3, 2010

ELIZABETH P SIMPSON                                            Page 1 of 2

### Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $1,038.39 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $172.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $18.05 |
| New Balance | | $1,056.44 |

| | |
|---|---|
| Credit Limit | $900.00 |
| Credit Available | $0.00 |
| Cash Limit † | $900.00 |
| Cash Available | $0.00 |
| Statement Closing Date | September 3, 2010 |
| Days in Billing Cycle | 31 |

†Cash Limit is a portion of Total Credit Limit.

### Payment Information

| | |
|---|---|
| New Balance | $1,056.44 |
| Minimum Payment Due | $204.00 |
| Payment Due Date | September 28, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 9 Years | $2,077 |
| $39 | 3 Years | $1,419 *(Savings = $658)* |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Automated Account Information | 1-503-293-4037 |
| Español | 1-503-293-4834 |
| Lost or Stolen Card | 1-800-366-7817 |
| Outside USA Collect | 1-503-245-9280 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5222, Carol Stream, IL 60197-5222
**Billing Inquiries:** HSBC Card Services, PO Box 80084, Salinas, CA 93912-0084
**Manage Your account online at www.orchardbank.com**

### Important Information

Your account has been placed with a collection agency. Please contact them directly, or call us at 1-800-388-5333.

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

### Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|

### Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $18.05 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $18.05 |

### 2010 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2010 | $129.00 |
| Total interest charged in 2010 | $110.58 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| | |
|---|---|
| Account Number: | 5440-4550-0606-2312 |
| New Balance | $1,056.44 |
| Minimum Payment Due | $204.00 |
| Payment Due Date | 09/28/2010 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

110

AMOUNT ENCLOSED

#BWNHYTS
#328006062314#
ELIZABETH P SIMPSON
410 JACKSON 90
NEWPORT AR 72112-8413

HSBC CARD SERVICES
PO BOX 5222
CAROL STREAM IL 60197-5222

5440455006062312000204000010 56441

# ORCHARD BANK®



Orchard Bank MasterCard Account Statement
Account Number 5440-4550-0606-2312
From August 3, 2010 to September 3, 2010

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10002 | 19.99% (v) | $1,014.75 | $17.23 |
| PURCHASES 10002 | 29.99% (v) | $32.35 | $0.82 |
| CASH ADVANCES 20002 | 29.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 29.99% (v) | $0.00 | $0.00 |
| v=Variable Rate | | | |

**Customer News**

Online Account Access lets you take control of your Account anytime, anywhere. Registration is easy, secure and waiting for you at go.orchardbank.com.

# ORCHARD BANK®



ELIZABETH P SIMPSON                                           Page 1 of 2

## Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $1,056.44 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases/Debits | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Past Due Amount | | $204.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $17.77 |
| New Balance | | $1,074.21 |

| | |
|---|---|
| Credit Limit | $900.00 |
| Credit Available | $0.00 |
| Cash Limit † | $900.00 |
| Cash Available | $0.00 |
| Statement Closing Date | October 3, 2010 |
| Days in Billing Cycle | 30 |

†Cash Limit is a portion of Total Credit Limit.

## Payment Information

| | |
|---|---|
| New Balance | $1,074.21 |
| Minimum Payment Due | $236.00 |
| Payment Due Date | October 28, 2010 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 9 Years | $2,068 |
| $40 | 3 Years | $1,443 (Savings = $625 ) |

If you would like information about credit counseling services call 1-866-569-2227.

### Questions?

| | |
|---|---|
| 24-Hour Automated Account Information | 1-503-293-4037 |
| Español | 1-503-293-4834 |
| Lost or Stolen Card | 1-800-366-7817 |
| Outside USA Collect | 1-503-245-9280 |
| TDD/Hearing Impaired | 1-800-655-9392 |

**Payment Address:** HSBC Card Services, PO Box 5222, Carol Stream, IL 60197-5222
**Billing Inquiries:** HSBC Card Services, PO Box 80084, Salinas, CA 93912-0084
**Manage Your account online at www.orchardbank.com**

## Important Information

Your account has been placed with a collection agency. Please contact them directly, or call us at 1-800-388-5333.

As a reminder, you may pay your credit card bill online or through our automated phone system for no fee.

## Fees

| Trans Date | Post Date | Description of Fees | Reference Number | Amount |
|---|---|---|---|---|

## Interest Charged

| Description of Interest Charge | Amount |
|---|---|
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON PURCHASES | $17.77 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **Total Interest For This Period** | $17.77 |

## 2010 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2010 | $129.00 |
| Total interest charged in 2010 | $128.35 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

---

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Account Number: | 5440-4550-0606-2312 |
| New Balance | $1,074.21 |
| Minimum Payment Due | $236.00 |
| Payment Due Date | 10/28/2010 |

Include account number on check to HSBC Card Services. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

110      AMOUNT
ENCLOSED

#BWNHYTS
#3280060062314#
ELIZABETH P SIMPSON
410 JACKSON 90
NEWPORT AR 721124413

HSBC CARD SERVICES
PO BOX 5222
CAROL STREAM IL 60197-5222

5440455006062312000236000001074214

# ORCHARD BANK®



ELIZABETH P SIMPSON

Page 2 of 2

Orchard Bank MasterCard Account Statement
Account Number 5440-4550-0606-2312
From September 3, 2010 to October 3, 2010

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES 10002 | 19.99% (v) | $1,031.84 | $16.95 |
| PURCHASES 10002 | 29.99% (v) | $33.16 | $0.82 |
| CASH ADVANCES 20002 | 29.99% (v) | $0.00 | $0.00 |
| BALANCE TRANSFER 41111 | 29.99% (v) | $0.00 | $0.00 |

v=Variable Rate

**Customer News**

Recycling one can saves enough energy to power a TV for three hours. HSBC is a carbon neutral bank. Together with customers, employees and communities, we aim to make a difference for our planet. www.hsbc.com/sustainability.

**Customer News 2**

Online Account Access lets you take control of your Account anytime, anywhere. Registration is easy, secure and waiting for you at go.orchardbank.com.