IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

ELIZABETH P. SIMPSON                                              PLAINTIFF

v.                    CASE NO. 1:14-CV-100-JLH

PORTFOLIO RECOVERY ASSOCIATES, LLC                     DEFENDANT

## MOTION TO DISMISS AND INCORPORATED BRIEF

Defendant Portfolio Recovery Associates, LLC ("PRA"), appears by and through counsel and for its Motion to Dismiss states as follows:

1.  This action was filed on August 15, 2014. At the time the complaint was filed, The Cook Law Firm through J.R. Andrews represented the Plaintiff.

2.  Subseqntly, upon information and belief, Mr. Andrews left the Cook Law Firm and continued to represent the Plaintiff.

3.  Thereafter, a settlement of this action was reached providing for a dismissal of this action with prejudice.

4.  The fully executed settlement agreement, signed by Ms. Simpson and PRA, was inadvertently mailed to J.R. Andrews at the Cook Firm address (see Exhibit 1) instead of to Mr. Andrews at his new address. The settlement check made payable to the Cook Law Firm was cashed by the Cook Firm.

5.  PRA has made demand upon the Cook firm to either return the check or work with Mr. Andrews to cause the case to be dismissed but has received no response.

6. Because this case has been settled, it should be dismissed with prejudice.

WHEREFORE, Portfolio Recovery Association prays that this court enter an order dismissing this case with prejudice and for all other relief to which it is entitled.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: jhenry@wlj.com
ktucker@wlj.com

By:  /s/ Kimberly W. Tucker
Judy Simmons Henry (84069)
Kimberly Wood Tucker (83175)
*Attorneys for Portfolio Associates, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 5, 2014, a true and correct copy of the foregoing has been served via the CM/ECF system to all parties of record, and mailed via First Class U.S. Mail to the following:

Mr. Hal Cook
COOK LAW FIRM, P.A.
8114 Cantrell Road, Suite 100
Little Rock, AR 72227

Mr. J.R. Andrews
2014 Martha Drive
Little Rock, Arkansas 72212

2

1238660-v1

3

_____
Kimberly Wood Tucker (83175)