**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

ELIZABETH P. SIMPSON                                                              PLAINTIFF

v.                                         No. 1:14CV00100 JLH

PORTFOLIO RECOVERY
ASSOCIATES, LLC                                                                   DEFENDANT

## ORDER

Without objection, Portfolio Recovery Associates, LLC's motion to dismiss is GRANTED.

Document #9.  This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 12th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE